UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**MARGUERITE A. MILLER,**

           CASE NO.: 8:16-cv-01958-CEH-AEP

    **Plaintiff,**

v.

**GINNY'S INC.,**

    **Defendant.**
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Marguerite Miller, by and through undersigned counsel, hereby files this Notice of Pending Settlement. By submission of this Notice, submitting counsel represents that this matter has settled in principle, subject to final documentation, and respectfully requests that any scheduled hearings be removed from the Court's calendar.

Dated:  December 22, 2017                        Respectfully Submitted,

                                                         **CENTRONE & SHRADER, PLLC**
                                                         612 W. Bay Street
                                                         Tampa, FL 33606
                                                         Phone: (813) 360-1529
                                                         Fax:  (813) 336-0832

                                                        /s/ Gus M. Centrone_____
                                                        **BRIAN L. SHRADER, ESQ.**
                                                        Florida Bar No.: 57251
                                                        e-mail: bshrader@centroneshrader.com
                                                        **GUS M. CENTRONE, ESQ.**
                                                        Florida Bar No.: 30151
                                                        e-mail: gcentrone@centroneshrader.com
                                                        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2017, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida Tampa Division, for filing and uploading to the CM/ECF system.

/s/ Gus M. Centrone
**Attorney**